**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CREWS & ASSOCIATES, INC.**                                                                    **PLAINTIFF**

v.                       **Case No. 4:10-cv-1098 BSM**

**NUVEEN HIGH YIELD MUNICIPAL BOND FUND et al.**          **DEFENDANT**

**AMENDED ORDER**

Nuveen High Yield Municipal Bond Fund ("Nuveen") moves [Doc. No. 41] to dismiss the declaratory judgment action based on an unconditional covenant not to assert a claim under Section 10b of the Securities Exchange Act of 1934. Crews & Associates ("Crews") objects stating that the covenant is not a final judicially enforceable agreement. The motion is DENIED.

The order [Doc. No. 36] entered on March 29, 2011, declined to dismiss the claim without a judicially binding agreement on the issue. The current unilateral promise does not represent a judicially binding agreement between the parties. As such, Nuveen is still entitled to pursue declaratory judgment on the Section 10b claims, and the motion to dismiss [Doc. No. 41] is DENIED.

IT IS SO ORDERED this 30th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE