IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CREWS & ASSOCIATES, INC.**                                        **PLAINTIFF**

v.                    **CASE NO. 4:10CV1098 BSM**

**NUVEEN HIGH YIELD MUNICIPAL BOND FUND, et al.**       **DEFENDANTS**

## ORDER

The parties jointly move for dismissal without prejudice due to settlement in a stipulated motion. [Doc. No. 68]. The motion is granted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE